1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:09-cv-1270 AWI GSA |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) | PROCEED IN FORMA PAUPERIS |
| | ) | |
| v. | ) | (Document 2) |
| | ) | |
| CITY OF LINDSAY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

17    By application filed July 22, 2009, Plaintiff has requested leave to proceed in forma

18  pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the

19  showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS

20  GRANTED.  28 U.S.C. § 1915 (a).

21

22    IT IS SO ORDERED.

23  **Dated:** __**July 24, 2009**__        _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28