# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:09-cv-1270 AWI GSA |
| | ) | |
| | ) | |
| | ) | ORDER DIRECTING PLAINTIFF |
| Plaintiff, | ) | TO SUBMIT USM-285 FORMS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINDSAY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Timothy S. Daubert ("Plaintiff") is proceeding pro se and informa pauperis in this Americans with Disabilities Act ("ADA") action filed on July 22, 2009. He names the City of Lindsay as the Defendant. In his first complaint, Plaintiff alleged ADA violations at three city parks, and the Lindsay Community Center. On August 7, 2009, this Court screened Plaintiff's complaint. In response to the Court's order, Plaintiff filed the instant amended complaint on September 9, 2009.

**DISCUSSION**

A.  Screening Standard

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the complaint for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune

1

from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.

In reviewing a complaint under this standard, the Court must accept as true the allegations of the complaint in question, Hospital Bldg. Co. v. Trustees of Rex Hospital, 425 U.S. 738, 740 (1976), construe the pro se pleadings liberally in the light most favorable to the Plaintiff, Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000), and resolve all doubts in the Plaintiff's favor, Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).

      B.      Plaintiff's Allegations

According to the amended complaint, Plaintiff is confined to a wheelchair.  He alleges violations of the ADA at the Lindsay City Park, and the Kaku and Harvard Parks, both located in Lindsay, California.

Plaintiff's amended complaint appears to state causes of action pursuant to Title II of the ADA.  42 U.S.C. § 12132.  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for Defendant, City of Lindsay.
2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed on September 9, 2009.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. One completed summons;
   b. One completed USM-285 form for the Defendant; and
   C. Two copies of the amended complaint filed on September 9, 2009.
4. Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>A failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **September 25, 2009**                    **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE