IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:09-cv-01270-AWI-GSA |
| | ) | 1:09-cv-01338-GSA |
| Plaintiff, | ) | 1:09-cv-01463-GSA |
| | ) | 1:10-cv-00015-GSA |
| vs. | ) | 1:10-cv-00016-GSA |
| | ) | |
| [CITY OF] LINDSAY [USD], | ) | **ORDER REQUIRING CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS BY AUGUST 4, 2010** |
| Defendant. | ) | |
| | ) | Settlement Conference Date: 8/10/10, 10:00am, Ctrm. 7/**SMS** |

In light of the Minute Order(s) setting a Settlement Conference for August 10, 2010 at 10:00 a.m. in Courtroom No. 7 on the Sixth Floor before the Honorable Sandra M. Snyder, United States Magistrate Judge, it is hereby ORDERED that:

Unless otherwise permitted in advance by Judge Snyder, **the attorney(s) who will try the case shall personally appear** at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors, or the like, shall be represented by a person or persons who occupy high executive positions in the party organization, and who will be directly

1

Permission for a party *[not attorney]* to attend by telephone may be granted by Judge Snyder upon request, by letter, with a copy to the other parties, IF the party lives and works outside the Eastern District of California, AND attendance in person would constitute a hardship.  If telephone attendance is allowed, **the party must be** *immediately* **available throughout the conference, until excused, regardless of time zone differences**.  Any other special arrangements desired in cases where settlement authority rests with a governing body shall also be proposed, in advance, by letter, and copied to all other parties.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

NOTICE IS HEREBY GIVEN that a Confidential Settlement Conference Statement is **MANDATORY**, and must be submitted to Judge Snyder's chambers by **August 4, 2010**.  Plaintiff should mail his Statement to Judge Snyder's chambers as follows:

> Honorable Sandra M. Snyder
> United States Magistrate Judge
> ROBERT E. COYLE U.S. COURTHOUSE
> 2500 Tulare Street, Suite 1501
> Fresno, CA 93721
>
> CONFIDENTIAL SETTLEMENT CONFERENCE
> STATEMENT ENCLOSED

Defendant should e-mail their Statement to SMSOrders@caed.uscourts.gov. Failure to so comply may result in the imposition of monetary and/or other sanctions.

The Statement should **not be filed** with the Clerk's Office nor **served on any other party**, although the parties may file a Notice

---

involved in the process of approval of any settlement offers or agreements.  To the extent possible, the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

2

of Lodging Confidential Settlement Conference Statement.  Each Statement shall be clearly marked "Confidential" with the date and time of the Settlement Conference indicated prominently thereon. The parties are urged to request the return of their Statements if settlement is not achieved and, if such a request is not made, the Court will dispose of the Statement.

<u>The Confidential Settlement Conference Statement shall include the following</u>:

**A.** A brief statement of the facts of the case.

**B.** A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and, a description of the major issues in dispute.

**C.** A summary of the proceedings to date.

**D.** An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

**E.** The relief sought.

**F.** The party's position on settlement, including present demands and offers, and a history of past settlement discussions, offers, and demands.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

**Dated:   July 19, 2010**                          /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE

3