1

2

3

4

5

6

7 **IN THE UNITED STATES DISTRICT COURT FOR THE**

8 **EASTERN DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| TIMOTHY DAUBERT, | ) | 1:09-cv-1270 GSA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| CITY OF LINDSAY, | ) | |
| Defendant. | ) | |

        Pursuant to the stipulation of dismissal filed by the parties on August 25, 2010, this
action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil
Procedure.  Each party is to bear its own attorney's fees and costs.  The Clerk of the Court is
directed to close this case.


     IT IS SO ORDERED.

     **Dated:   August 27, 2010**        _____/s/ **Gary S. Austin**_____
                                         UNITED STATES MAGISTRATE JUDGE

1